OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| IN RE: | CASE NO: 15-25990 |
| TERI J. MCLAREN | Chapter 13 |
| Debtor | Hon. JOEL T. MARKER |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The plan payment does not match the projected disposable income calculation on Schedules I & J.

**Restatement of Outstanding Issues from Prior Objections:**

1. The Trustee projects that the Debtors' direct payment(s) to satisfy a retirement and/or auto loan(s), will end within the applicable commitment period. The Debtors should provide the Trustee with evidence as to the loan balance(s) as of the petition date, and propose to increase the plan payment by the same amount as the loan repayment once such claims have been paid in full. See In re Kofford, Slip Copy, 2012 WL 6042861 (Bankr. D. Utah Dec. 4, 2012) (Thurman).

THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: August 28, 2015                               /S/ CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 28, 2015:

SCOTT T. BLOTTER, ECF NOTIFICATION